**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SAN JOAQUIN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Jennifer L. Thompson, SBN 337107
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
jthompson@porterscott.com

Attorneys for Defendant
CITY OF STOCKTON
*Exempt from filing fee pursuant to Government Code section 6103*

Joseph M. Goethals, SBN 242889
Charles P. Stone, SBN 224897
GOETHALS LEGAL, PC
1131 Howard Ave.
Burlingame, CA 94010
joe@goethalslegal.com
charles@goethalslegal.com

Attorneys for Plaintiffs
NICHOLAS SERRANO BY AND THROUGH HIS GUARDIAN AD LITEM, JOSE ANTHONY SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SERRANO BY AND THROUGH HIS GUARDIAN AD LITEM, JOSE ANTHONY SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, COUNTY OF SAN JOAQUIN, CALIFORNIA, STATE OF CALIFORNIA,<br><br>Defendants. | CASE NO. 2:24-cv-00442-JAM-CSK<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: 1/27/2023 |

1

**Stipulation and Order Modifying Pretrial Scheduling Order**

/

Plaintiff NICHOLAS SERRANO BY AND THROUGH HIS GUARDIAN AD LITEM, JOSE ANTHONY SERRANO initially filed his complaint in the Superior Court of the State of California, County of San Joaquin, on September 27, 2023. The case was removed to federal court on February 8, 2024. The County of San Joaquin filed its answer on February 20, 2024. The City of Stockton filed its answer on February 15, 2024. Thereafter, the court issued its Pretrial Scheduling Order on April 29, 2024.

Pursuant to the Scheduling Order, the following deadlines were set:

10/03/2025 – Disclosure of Experts

10/17/2025 – Disclosure of Rebuttal Experts

11/28/2025 – All Discovery to be Completed

01/23/2026 – Dispositive Motion Filing

04/07/2026 – Dispositive Motion Hearing

06/26/2026 – Final Pretrial Conference

08/10/2026 – Jury Trial

The City of Stockton and the County of San Joaquin intend to file motions for summary judgment. The plan is to have those motions filed in August, 2025, with a hearing in September, 2025. The parties agree that expert discovery should be delayed until the court rules on the summary judgment motions. This case involves significant injures suffered by plaintiff. The Defendants intend to set up medical examinations by a Physical Medicine and Rehabilitation doctor and a Neuropsychologist. Based on the current expert report date of 10/03/2025, it would not be feasible to get those examinations done and reports prepared following a ruling on the summary judgments.

Based on the above,

IT IS HEREBY STIPULATED by and between Plaintiffs NICHOLAS SERRANO BY AND THROUGH HIS GUARDIAN AD LITEM, JOSE ANTHONY SERRANO ("Plaintiffs") and Defendants CITY OF STOCKTON, COUNTY OF SAN JOAQUIN ("Defendants"), by and through their respective attorneys of record, as follows:

Disclosure of Experts date moved from 10/03/2025 to 12/31/2025;

Disclosure of Rebuttal Experts date moved from 10/17/2025 to 1/30/2026;

Discovery completed by 2/16/2026;

Dispositive Motion Filing date moved from 01/23/2026 to 04/17/2026;

Dispositive Motion Hearing moved from 04/07/2026 to 06/16/2026, at 1:00 p.m.;

Final Pretrial Conference moved from 06/26/2026 at 10:00 a.m., to 08/14/2026, at 11:00 a.m. and;

Jury Trial moved from 08/10/2026 at 9:00 a.m., to 09/28/2026, at 9:00 a.m.

Dated: July 31, 2025          PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By /s/Carl L. Fessenden
                                  Carl L. Fessenden
                                  Cruz Rocha
                                  Attorneys for Defendant

Dated: July 31, 2025          PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By  /s/William E. Camy (*Authorized on 07/24/2025*)
                                  Willaim E. Camy
                                  Jennifer L. Thompson
                                  Attorneys for Defendant

Dated: July 31, 2025          GOETHALS LEGAL, PC

                              By /s/Charles P. Stone (*Authorized on 07/30/2025*)
                                  Joseph M. Goethals
                                  Charles P. Stone
                                  Attorneys for Plaintiffs

# ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the case schedule is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **02/16/2026** |
| Disclosure of Expert(s) Deadline | **12/31/2025** |
| Supplemental Disclosure Deadline | **01/30/2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **04/17/2026** |
| Dispositive Motion Hearing | **06/16/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **08/14/2026, at 11:00 a.m.** |
| Jury Trial (7-12 Days) | **09/28/2026, at 9:00 a.m.** |

All other instructions contained in the April 29, 2024 Pretrial Scheduling Order (ECF No. 13) shall remain in effect.

**IT IS SO ORDERED**.

Dated: July 31, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE