UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SERRANO BY AND THROUGH HIS GUARDIAN AD LITEM, JOSE ANTHONY SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, COUNTY OF SAN JOAQUIN, CALIFORNIA, STATE OF CALIFORNIA, DOES 1-10, MOES 1-50, AND ROES 1-50,<br><br>Defendants. | No. 2:24-cv-00442-JAM-CSK<br><br>**ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT IN PART AND DISMISSING REMAINING CLAIMS** |

Plaintiff Nicholas Serrano filed the present action on September 27, 2023, in the San Joaquin County Superior Court, asserting six causes of action against Defendants City of Stockton, County of San Joaquin, Does 1-10, Moes 1-50, and Roes 1-50 for: (1) negligence; (2) intentional infliction of emotional distress; (3) assault; (4) battery; (5) negligent hiring, supervision, and retention; and (6) violation of the Fourth Amendment under 42 U.S.C. § 1983.  ECF No. 1.  On February 9, 2024, City of Stockton removed the case to federal court under federal question jurisdiction.  Id.  The Court dismissed Plaintiff's claims against Does 1-10, Moes 1-50, and Roes 1-50 on April 29, 2024.  ECF No. 13.

1          City of Stockton and County of San Joaquin filed Motions for
2    Summary Judgment on November 4, 2025, seeking judgment on all
3    causes of action against them.  ECF Nos. 21, 22.  In opposition
4    to each Motion, Plaintiff concedes that summary judgment is
5    appropriate on his claims for battery, negligent hiring,
6    supervision, and retention, and violation of the Fourth Amendment
7    under 42 U.S.C. § 1983.  ECF No. 23-1 at 5; ECF No. 24-1 at 5.
8    Thus, the Court grants summary judgment on Plaintiff's fourth,
9    fifth, and sixth causes of action in favor of City of Stockton
10   and County of San Joaquin.
11         Because the Court grants summary judgment on Plaintiff's
12   sole federal claim, the Court declines to exercise supplemental
13   jurisdiction over Plaintiff's remaining state-law claims for
14   negligence, intentional infliction of emotional distress, and
15   assault.  See Ove v. Gwinn, 264 F.3d 817, 826 (9th Cir. 2001) ("A
16   court may decline to exercise supplemental jurisdiction over
17   related state-law claims once it has 'dismissed all claims over
18   which it has original jurisdiction.'" (quoting 28 U.S.C.
19   § 1367(c)(3))); Bryant v. Adventist Health Sys/W., 289 F.3d 1162,
20   1169-70 (9th Cir. 2002) (affirming the district court's decision
21   to dismiss supplemental state law claims without prejudice after
22   the court granted summary judgment on the federal claims).  Thus,
23   the Court dismisses Plaintiff's first, second, and third causes
24   of action without prejudice to their re-filing in state court.

## I.   ORDER

26        For the reasons set forth above, the Court GRANTS Defendants
27   City of Stockton and County of San Joaquin's Motions for Summary
28   Judgment (ECF Nos. 21, 22) in part.  The Court GRANTS summary

judgment on Plaintiff's fourth, fifth, and sixth causes of action in favor of City of Stockton and County of San Joaquin.  The Court also DISMISSES Plaintiff's first, second, and third causes of action without prejudice to their re-filing in state court. The Clerk of Court is hereby DIRECTED to close this case.

   IT IS SO ORDERED.

Dated: December 9, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3